Nicole Lavallee (SBN 165755)
Anthony D. Phillips (SBN 259688)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: nlavallee@bermandevalerio.com
aphillips@bermandevalerio.com

*Liaison Counsel for Proposed Lead Plaintiff
Inter-Local Pension Fund of the Graphic
Communications Conference of the International
Brotherhood of Teamsters and
Proposed Liaison Counsel for the Class*

Mark S. Willis
**SPECTOR ROSEMAN KODROFF &
   WILLIS, P.C.**
1101 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Telephone: (202) 756-3600
Facsimile: (202) 756 3602
Email: mwillis@srkw-law.com

*Attorneys for Proposed Lead Plaintiff
Inter-Local Pension Fund of the Graphic
Communications Conference of the International
Brotherhood of Teamsters and
Proposed Lead Counsel for the Class*

Additional Counsel Appear on Signature Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT A. SCANDLON, JR., On behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUE COAT SYSTEMS, INC., BRIAN M. NESMITH and GORDON C. BROOKS,<br>Defendants. | No. CV 11-04293 (RS)<br><br>**CERTIFICATION OF COUNSEL NICOLE LAVALLEE PURSUANT TO CIVIL LOCAL RULE 3-7(D)**<br><br><u>CLASS ACTION</u><br><br>Dept.: Courtroom 3<br>Judge: Hon. Richard Seeborg |

1  Pursuant to the United States District Court for the Northern District of California Local Rule 3-7(d), I, Nicole Lavallee, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 31st day of October, 2011, at San Francisco, California.

**BERMAN DEVALERIO**

By: /s/ Nicole Lavallee
Nicole Lavallee
Anthony D. Phillips
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: nlavallee@bermandevalerio.com
aphillips@bermandevalerio.com

*Liaison Counsel for Proposed Lead Plaintiff Inter-Local Pension Fund of the Graphic Communications Conference of the International Brotherhood of Teamsters and Proposed Liaison Counsel for the Class*

Mark S. Willis
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
1101 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Telephone: (202) 756-3600
Facsimile: (202) 756 3602
Email: mwillis@srkw-law.com

| | |
|---|---|
| 1 | |
| 2 | Robert M. Roseman |
| | Andrew D. Abramowitz |
| 3 | Daniel J Mirarchi |
| | **SPECTOR ROSEMAN KODROFF &** |
| 4 | **WILLIS, P.C.** |
| | 1818 Market Street, Suite 2500 |

Robert M. Roseman
Andrew D. Abramowitz
Daniel J Mirarchi
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496- 0300
Facsimile: (215) 496-6611
Email: rroseman@srkw-law.com
  aabramowitz@srkw-law.com
  dmirarchi@srkw-law.com

*Attorneys for Proposed Lead Plaintiff Inter-Local Pension Fund of the Graphic Communications Conference of the International Brotherhood of Teamsters and Proposed Liaison Counsel for the Class*