| | |
|---|---|
| 1 | Nicole Lavallee (SBN 165755) |
| 2 | Anthony D. Phillips (SBN 259688)<br>**BERMAN DEVALERIO** |
| 3 | One California Street, Suite 900<br>San Francisco, CA  94111 |
| 4 | Telephone: (415) 433-3200<br>Facsimile:  (415) 433-6282 |
| 5 | Email: nlavallee@bermandevalerio.com<br>          aphillips@bermandevalerio.com |
| 6 | *Liaison Counsel for Lead Plaintiff* |
| 7 | *Inter-Local Pension Fund and*<br>*Proposed Liaison Counsel for the Class* |
| 8 | Mark S. Willis |
| 9 | **SPECTOR ROSEMAN KODROFF &**<br>   **WILLIS, P.C.** |
| 10 | 1101 Pennsylvania Avenue, NW<br>Suite 600 |
| 11 | Washington, DC 20004<br>Telephone: (202) 756-3600 |
| 12 | Facsimile: (202) 756 3602<br>Email: mwillis@srkw-law.com |
| 13 | *Attorneys for Lead Plaintiff* |
| 14 | *Inter-Local Pension Fund and*<br>*Proposed Lead Counsel for the Class* |
| 15 | [Additional Counsel Appear on Signature Page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ROBERT A. SCANDLON, JR., On behalf of  )
Himself and All Others Similarly Situated,  )  No. CV 11-04293 (RS)
                                            )
                          Plaintiff,        )  **STIPULATION AND [PROPOSED]**
                                            )  **ORDER (1) SETTING DATE FOR**
                                            )  **FILING OF AMENDED CLASS**
          v.                                )  **ACTION COMPLAINT**
                                            )  **(2) ESTABLISHING BRIEFING**
BLUE COAT SYSTEMS, INC., BRIAN M.           )  **SCHEDULE FOR RESPONSIVE**
NESMITH and GORDON C. BROOKS,               )  **MOTION(S) AND (3) CONTINUING**
                          Defendants.       )  **CASE MANAGEMENT**
                                            )  **CONFERENCE** AS MODIFIED BY THE
                                            )                COURT
                                            )  CLASS ACTION
                                            )

[CV 11-04293 (RS)] Stip. & Prop. Order Re: Filing Am. Compl., Briefing Schedule, and CMC

1  Lead Plaintiff the Inter-Local Pension Fund of the Graphic Communications Conference
2  of the International Brotherhood of Teamsters ("Lead Plaintiff" or "Inter-Local Pension Fund")
3  and defendants Blue Coat Systems, Inc., Brian M. NeSmith and Gordon C. Brooks
4  ("Defendants"), by and through their respective counsel hereby recite and stipulate, subject to
5  Court approval, as follows concerning the filing of an amended class complaint ("Amended
6  Complaint"), the briefing schedule for any responsive motions and the continuance of the Case
7  Management Conference scheduled for February 2, 2012.

## RECITALS

9  WHEREAS plaintiff Robert Scandlon ("Scandlon") filed a securities class action
10  complaint ("Initial Complaint") on August 30, 2011 (Docket Number ("Dkt.") 1), alleging that
11  Defendants violated federal securities laws;

12  WHEREAS the Initial Complaint alleged claims arising under the Private Securities
13  Litigation Reform Act of 1995 ("PSLRA");

14  WHEREAS on October 31, 2011, in accordance with procedures set forth in the
15  PSLRA, Scandlon and the Inter-Local Pension Fund each filed competing motions to Appoint
16  Lead Plaintiff and Lead Counsel (Dkt. 13 and 23);

17  WHEREAS, on December 12, 2011, the Court granted the Inter-Local Pension Fund's
18  motion appointing it Lead Plaintiff and appointing Spector Roseman Kodroff & Willis, P.C. as
19  lead counsel and Berman DeValerio as liaison counsel (Dkt. 41);

20  WHEREAS counsel for Lead Plaintiff and Defendants have conferred and the parties
21  have reached agreement, subject to Court approval, as to a schedule for the filing by Lead
22  Plaintiff of an amended class action complaint ("Amended Complaint") and the filing by
23  Defendants of motions to dismiss the Amended Complaint;

24  WHEREAS the parties further agree that it will serve the interests of justice and judicial
25  economy to continue the scheduled Case Management Conference, currently set for February 2,
26  2012, until after the Court has ruled on all motions filed in response to the Amended Complaint;

## STIPULATION

Therefore, IT IS HEREBY STIPULATED AND AGREED, by Lead Plaintiff and Defendants, through their respective counsel of record, as follows:

1. Lead Plaintiff shall file and serve the Amended Complaint on or before February 17, 2012.

2. Defendants shall file and serve any responsive motion(s) to the Amended Complaint on or before April 17, 2012.

3. Lead Plaintiff shall file and serve any opposition to Defendants' responsive motion(s) on or before June 15, 2012.

4. Defendants shall file and serve any reply to Lead Plaintiff's reply on or before July 18, 2012.

5. The parties hereby request that the Case Management Conference scheduled for February 2, 2012 at 10:00 a.m. be taken off calendar pending further order of the Court.

DATED: December 22, 2011

Respectfully submitted,

**BERMAN DEVALERIO**

By /s/ Anthony D. Phillips

Nicole Lavallee
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: nlavallee@bermandevalerio.com
       aphillips@bermandevalerio.com

*Liaison Counsel for Lead Plaintiff Inter-Local Pension Fund and Proposed Liaison Counsel for the Class*

Mark S. Willis
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
1101 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Telephone: (202) 756-3600
Facsimile: (202) 756 3602
Email: mwillis@srkw-law.com

Robert M. Roseman
Andrew D. Abramowitz
Daniel J. Mirarchi
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496- 0300
Facsimile: (215) 496-6611
Email: rroseman@srkw-law.com
aabramowitz@srkw-law.com
dmirarchi@srkw-law.com

*Attorneys for Lead Plaintiff*
*Inter-Local Pension Fund and Proposed Lead*
*Counsel for the Class*

**WILSON SONSINI GOODRICH & ROSATI**


By: /s/ Katherine Henderson / by ADO.
      Katherine L. Henderson

Jerome F. Birn, Jr.
Caz Hashemi
Molly A. Arico
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jbirn@wsgr.com
chashemi@wsgr.com
khenderson@wsgr.com
marico@wsgr.com

*Attorneys for Defendants Blue Coat Systems, Inc.,*
*Brian M. NeSmith and Gordon C. Brooks*

1 **[~~PROPOSED~~] ORDER**

2 **IT IS HEREBY ORDERED that:**

3   1.   Lead Plaintiff the Inter-Local Pension Fund of the Graphic Communications Conference of the International Brotherhood of Teamsters shall file and serve the Amended Complaint on or before February 17, 2012.

6   2.   Defendants shall file and serve any responsive motion(s) to the Amended Complaint on or before April 17, 2012.

8   3.   Lead Plaintiff shall file and serve any opposition to Defendants' responsive motion(s) on or before June 15, 2012.

10  4.   Defendants shall file and serve any reply to Lead Plaintiff's reply on or before July 18, 2012.

12  5.   The clerk shall remove the Case Management Conference scheduled for February 2, 2012 at 10:00 a.m. from the Court's calendar.

14  6.   ~~The Court will schedule a new Case Management Conference after ruling on the~~ Initial Case Management Conference set for September 6, 2012 at 10:00 a.m. ~~motions responsive to the Amended Complaint contemplated above.~~

16 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

18 DATED: 12/22/11

    _____
    RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE