1  Nicole Lavallee (SBN 165755)
   Anthony D. Phillips (SBN 259688)
2  **BERMAN DEVALERIO**
   One California Street, Suite 900
3  San Francisco, CA 94111
   Telephone: (415) 433-3200
4  Facsimile: (415) 433-6282
   Email: nlavallee@bermandevalerio.com
5           aphillips@bermandevalerio.com

6  *Liaison Counsel for Lead Plaintiff*
   *Inter-Local Pension Fund and*
7  *Proposed Liaison Counsel for the Class*

8  Mark S. Willis
   **SPECTOR ROSEMAN KODROFF &**
9    **WILLIS, P.C.**
   1101 Pennsylvania Avenue, NW
10 Suite 600
   Washington, DC 20004
11 Telephone: (202) 756-3600
   Facsimile: (202) 756 3602
12 Email: mwillis@srkw-law.com

13 *Attorneys for Lead Plaintiff*
   *Inter-Local Pension Fund and*
14 *Proposed Lead Counsel for the Class*

15 [Additional Counsel Appear on Signature Page]

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18 
   ROBERT A. SCANDLON, JR., On behalf of   )
19 Himself and All Others Similarly Situated, )   No. 3:11-cv-04293-RS
                                             )
20                                           )   **STIPULATION AND [PROPOSED]**
                         Plaintiff,          )   **ORDER CHANGING SCHEDULED**
21                                           )   **DATES FOR MOTION TO DISMISS**
        v.                                   )   **HEARING AND CASE**
22                                           )   **MANAGEMENT CONFERENCE**
   BLUE COAT SYSTEMS, INC., BRIAN M.         )
23 NESMITH and GORDON C. BROOKS,             )   <u>CLASS ACTION</u>
                         Defendants.         )
24                                           )
                                             )
25                                           )
                                             )
26                                           )
                                             )
27                                           )
   _____       )
28

[3:11-cv-04293-RS] S<small>TIP</small>. & P̶R̶O̶P̶. O<small>RDER RE</small>: C<small>HANGING DATES FOR</small> MTD H<small>EARING AND</small> CMC

1  Lead Plaintiff the Inter-Local Pension Fund of the Graphic Communications Conference
2 of the International Brotherhood of Teamsters ("Lead Plaintiff" or "Inter-Local Pension Fund")
3 and defendants Blue Coat Systems, Inc., Brian M. NeSmith and Gordon C. Brooks
4 ("Defendants"), by and through their respective counsel hereby recite and stipulate, subject to
5 Court approval, to change the scheduled dates for hearing oral argument on Defendants' Motion
6 To Dismiss Plaintiff's Amended Complaint and for the currently scheduled Case Management
7 Conference.  The parties respectfully submit this Stipulation And Proposed Order and the
8 accompanying Declaration Of Andrew D. Abramowitz In Support Of Stipulation And
9 [Proposed] Order Changing Scheduled Dates For Motion To Dismiss Hearing And Case
10 Management Conference ("Abramowitz Declaration"), in accordance with Local Civil Rules 6-
11 2 and 7-12.

12 **RECITALS**

13  WHEREAS plaintiff Robert Scandlon filed a securities class action complaint ("Initial
14 Complaint") on August 30, 2011 (Docket Number ("Dkt.") 1) alleging that Defendants violated
15 federal securities laws;

16  WHEREAS the Initial Complaint alleged claims arising under the Private Securities
17 Litigation Reform Act of 1995 ("PSLRA");

18  WHEREAS, on December 12, 2011, the Court granted the Inter-Local Pension Fund's
19 motion appointing it Lead Plaintiff and appointing Spector Roseman Kodroff & Willis, P.C. as
20 lead counsel and Berman DeValerio as liaison counsel (Dkt. 41);

21  WHEREAS, on December 22, 2011, the parties filed and the Court entered a Stipulation
22 And Order (1) Setting Date For Filing Of Amended Class Action Complaint (2) Establishing
23 Briefing Schedule For Responsive Motion(s) And (3) Continuing Case Management
24 Conference (the "Scheduling Order") (Dkt. 43);

25  WHEREAS, in accordance with the Scheduling Order, Lead Plaintiff filed its First
26 Amended Complaint For Violations Of Federal Securities Laws ("Amended Complaint") on
27 February 21, 2012 (Dkt. 44); Defendants' filed their Motion To Dismiss Plaintiff's Amended
28 Complaint ("Motion To Dismiss") on April 17, 2012 (Dkt. 46); Lead Plaintiff filed its

1 opposition on June 15, 2012 (Dkt. 49); and, Defendants' filed their reply on July 18, 2012 (Dkt. 54);

WHEREAS, the hearing on the Motion To Dismiss is scheduled for September 13, 2012 at 1:30 p.m.;

WHEREAS, on August 8, 2012, the Clerk of the Court entered a Clerk's Notice continuing the scheduled Case Management Conference from September 6, 2012 to September 27, 2012 (Dkt. 57);

WHEREAS, counsel for Lead Plaintiff has a scheduling conflict on September 13, 2012 and has requested that the parties agree to move the hearing date;

WHEREAS, the next soonest date counsel for Lead Plaintiff is available is October 4, 2012, and Defendants do not object to moving the hearing date to October 4, 2012, subject to Court approval;

WHEREAS, the parties further agree that it will serve the interests of justice and judicial economy to continue the scheduled Case Management Conference, currently set for September 27, 2012, until after the Court has ruled on the Motion To Dismiss;

WHEREAS, other than the Case Management Conference, no other events or deadlines are scheduled and pending in the case;

**STIPULATION**

Therefore, IT IS HEREBY STIPULATED AND AGREED, by Lead Plaintiff and Defendants, through their respective counsel of record, as follows:

1. The parties hereby request that the hearing on the Motion To Dismiss scheduled for September 13, 2012 at 1:30 p.m. be taken off calendar and rescheduled for October 4, 2012 at 1:30 p.m.

2. The parties hereby request that the Case Management Conference scheduled for September 27, 2012 at 10:00 a.m. be taken off calendar pending further order of the Court.

| | | |
|---|---|---|
| 1 | DATED:  August 29, 2012 | Respectfully submitted, |
| 2 | | **BERMAN DEVALERIO** |
| 4 | | By: ___/s/ Anthony D. Phillips___ |
| 5 | | Anthony D. Phillips |
| 6 | | Nicole Lavallee |
| | | One California Street, Suite 900 |
| 7 | | San Francisco, CA  94111 |
| | | Telephone: (415) 433-3200 |
| 8 | | Facsimile:  (415) 433-6282 |
| | | Email: nlavallee@bermandevalerio.com |
| 9 | | aphillips@bermandevalerio.com |
| 10 | | *Liaison Counsel for Lead Plaintiff Inter-Local Pension Fund and Proposed Liaison Counsel for the Class* |
| 12 | | Mark S. Willis |
| | | **SPECTOR ROSEMAN KODROFF & WILLIS, P.C.** |
| 13 | | 1101 Pennsylvania Avenue, NW |
| | | Suite 600 |
| 14 | | Washington, DC 20004 |
| | | Telephone: (202) 756-3600 |
| 15 | | Facsimile: (202) 756 3602 |
| | | Email: mwillis@srkw-law.com |
| 17 | | Robert M. Roseman |
| | | Andrew D. Abramowitz |
| | | Daniel J. Mirarchi |
| 18 | | **SPECTOR ROSEMAN KODROFF & WILLIS, P.C.** |
| 19 | | 1818 Market Street, Suite 2500 |
| | | Philadelphia, PA 19103 |
| 20 | | Telephone: (215) 496- 0300 |
| | | Facsimile: (215) 496-6611 |
| 21 | | Email: rroseman@srkw-law.com |
| | | aabramowitz@srkw-law.com |
| 22 | | dmirarchi@srkw-law.com |
| 23 | | *Attorneys for Lead Plaintiff Inter-Local Pension Fund and Proposed Lead Counsel for the Class* |

|  |  |
|---|---|
| 1 | **WILSON SONSINI GOODRICH & ROSATI** |
| 2 |  |
| 3 | By:   /s/ Katherine L. Henderson |
|  |         Katherine L. Henderson |
| 4 |  |
| 5 | Jerome F. Birn, Jr. |
|  | Caz Hashemi |
| 6 | Molly A. Arico |
|  | Professional Corporation |
| 7 | 650 Page Mill Road |
|  | Palo Alto, CA 94304-1050 |
| 8 | Telephone: (650) 493-9300 |
|  | Facsimile: (650) 565-5100 |
| 9 | Email: jbirn@wsgr.com |
|  |        chashemi@wsgr.com |
| 10 |        khenderson@wsgr.com |
|  |        marico@wsgr.com |
| 11 |  |
|  | *Attorneys for Defendants Blue Coat Systems, Inc.,* |
| 12 | *Brian M. NeSmith and Gordon C. Brooks* |

### E-Filing Attestation

I, Anthony D. Phillips, am the ECF User whose ID and password are being used to file this document.  In compliance with General Order 45 X.B., I hereby attest that Katherine L. Henderson has concurred in this filing.

                                          /s/ Anthony D. Phillips
                                          Anthony D. Phillips

1 **[PROPOSED] ORDER**

2 **IT IS HEREBY ORDERED that:**

3  1. The clerk shall remove the Motion Hearing scheduled for September 13, 2012 at 1:30 p.m. from the Court's calendar.

5  2. The clerk shall schedule a new Motion Hearing for the Motion To Dismiss for October 4, 2012 at 1:30 p.m.;

7  3. The clerk shall remove the Case Management Conference scheduled for September 27, 2012 at 10:00 a.m. from the Court's calendar.

9  4. The clerk will schedule a new Case Management Conference after the Court has ruled on Defendants' Motion To Dismiss.

11 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

13 DATED: __8/29/12_____          _____
                                       RICHARD SEEBORG
                                       UNITED STATES DISTRICT JUDGE