1  JEROME F. BIRN, JR., State Bar No. 128561
   jbirn@wsgr.com
2  CAZ HASHEMI, State Bar No. 210239
   chashemi@wsgr.com
3  KATHERINE L. HENDERSON, State Bar No. 242676
   khenderson@wsgr.com
4  MOLLY A. ARICO, State Bar No. 260472
   marico@wsgr.com
5  LYDIA CHAO, State Bar No. 274910
   lchao@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  650 Page Mill Road
   Palo Alto, CA 94304-1050
8  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100

10 Attorneys for Defendants
   *Blue Coat Systems, Inc., Brian M. NeSmith,*
11 *and Gordon C. Brooks*

12             UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

16 ROBERT A. SCANDLON, JR., On Behalf of         )   Case No.: CV 11-04293 (RS)
   Himself and All Others Similarly Situated,    )
17                                               )   **CLASS ACTION**
                   Plaintiff,                    )
18                                               )   **STIPULATION AND [PROPOSED]
           v.                                    )   ORDER RE BRIEFING SCHEDULE
19                                               )   AND CONTINUING CASE
   BLUE COAT SYSTEMS, INC., BRIAN M.             )   MANAGEMENT CONFERENCE**
20 NESMITH and GORDON C. BROOKS,                 )
                                                 )
21                 Defendants.                   )
                                                 )
22                                               )
                                                 )

STIPULATION & [PROPOSED] ORDER RE
BRIEFING SCHEDULE AND CONTINUING CMC
CASE NO.: CV 11-04293 (RS)

1  WHEREAS, on August 30, 2011, plaintiff Robert Scandlon filed a securities class action complaint alleging that Defendants violated federal securities laws;

WHEREAS, on December 12, 2011, the Court granted the Inter-Local Pension Fund's motion to appoint it Lead Plaintiff and to appoint Spector Roseman Kodroff & Willis, P.C. as lead counsel and Berman DeValerio as liaison counsel;

WHEREAS, on February 21, 2012, Lead Plaintiff filed an amended complaint ("Amended Complaint");

WHEREAS, on April 17, 2012, Defendants filed a motion to dismiss the Amended Complaint ("Motion to Dismiss");

WHEREAS, on January 25, 2013, the Court entered an Order granting Defendants' Motion to Dismiss with leave to amend and setting a case management conference for March 21, 2013 at 10:00 a.m.;

WHEREAS, on February 25, 2013, Lead Plaintiff filed a second amended complaint ("Second Amended Complaint");

WHEREAS, on February 28, 2013, the Court rescheduled the case management conference from March 21, 2013 at 10:00 a.m. to April 11, 2013 at 10:00 a.m.;

NOW, THEREFORE, in the interest of judicial economy and good cause showing, the parties, by and through their undersigned counsel of record, hereby agree and stipulate, and the Court hereby orders, as follows:

1. Defendants shall file and serve any responsive motion(s) to the Second Amended Complaint on or before April 26, 2013.

2. Lead Plaintiff shall file and serve any opposition to Defendants' responsive motion(s) on or before July 2, 2013.

3. Defendants shall file and serve any reply to Lead Plaintiff's opposition on or before August 1, 2013.

4. The case management conference currently scheduled for April 11, 2013 at 10:00 a.m. shall be continued until November 14, 2013 at 10:00 a.m.

/ / /

STIPULATION & [PROPOSED] ORDER RE
BRIEFING SCHEDULE AND CONTINUING CMC
CASE NO.: CV 11-04293 (RS)

-1-

The parties respectfully request that the Court enter an Order approving this Stipulation.

Dated:  March 4, 2013     Respectfully submitted,

**WILSON SONSINI GOODRICH & ROSATI**

By:        /s/ Katherine L. Henderson
                  Katherine L. Henderson

Jerome F. Birn, Jr.
Caz Hashemi
Molly A. Arico
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile:  (650) 493-6811
Email:   jbirn@wsgr.com
               chashemi@wsgr.com
               khenderson@wsgr.com
               marico@wsgr.com

Attorneys for Defendants
*Blue Coat Systems, Inc., Brian M. NeSmith, and Gordon C. Brooks*

**BERMAN DEVALERIO**

By:        /s/ Anthony D. Phillips
                  Anthony D. Phillips

Nicole Lavallee
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email:   nlavallee@bermandevalerio.com
               aphillips@bermandevalerio.com

*Liaison Counsel for Lead Plaintiff Inter-Local Pension Fund and Proposed Liaison Counsel for the Class*

Mark S. Willis
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
1101 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Telephone: (202) 756-3600

BRIEFING SCHEDULE AND CONTINUING CMC                -2-
CASE NO.:  CV 11-04293 (RS)

Facsimile: (202) 756 3602
Email:   mwillis@srkw-law.com

Robert M. Roseman
Andrew D. Abramowitz
Daniel J. Mirarchi
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496- 0300
Facsimile: (215) 496-6611
Email:   rroseman@srkw-law.com
              aabramowitz@srkw-law.com
              dmirarchi@srkw-law.com

*Attorneys for Lead Plaintiff Inter-Local Pension Fund and Proposed Lead Counsel for the Class*

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED that:**

1. Defendants shall file and serve any responsive motion(s) to the Second Amended Complaint on or before April 26, 2013.

2. Lead Plaintiff shall file and serve any opposition to Defendants' responsive motion(s) on or before July 2, 2013.

3. Defendants shall file and serve any reply to Lead Plaintiff's opposition on or before August 1, 2013.

4. The case management conference currently scheduled for April 11, 2013 at 10:00 a.m. shall be continued until November 14, 2013 at 10:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/4/13

Richard Seeborg
United States District Judge